| | | |
|---|---|---|
| DATE 1/31/2018 | CASE NUMBER 4:13cr38(16) | |
| LOCATION Video BMT/PLANO | USA Ernest Gonzalez | Assigned |
| JUDGE Marcia Crone | VS Ernest Gonzalez | Appeared |
| DEPUTY CLERK Bonnie Sanford | | |
| RPTR/ECRO Lori Barnett | HERMES ALIRIO CASANOVA ORDONEZ | |
| TAPE # B E | Defendant | |
| USPO Sherry Smith | Scott Kalisch | |
| INTERPRETER: Luis Garcia | Attorney | |
| BEGIN 10:11 am / 10:27 am | | |

## VIDEO SENTENCING

X . . . . . . Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 324 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

Request for variance is denied.

The court adopts the facts as set forth in the presentence report.

Govt motion to dismiss remaining counts granted.

The court recommends substance abuse education while incarcerated.

The court recommends FCI Coleman, FL.

Defendant remanded to US Marshal.

X . . . . . . **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**  ☐ See reverse/attached for additional proceedings  Adjourn